# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

February 6, 2014

**Before**

RICHARD  D. CUDAHY, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

| | |
|---|---|
| No. 13-1199 | |
| | Appeal from the United States District Court |
| JANICE JOHNSON, | for the Northern District of Illinois, |
| *Plaintiff-Appellant,* | Eastern Division. |
| | |
| *v.* | No. 09 C 7686 |
| | |
| CITY OF CHICAGO, | Charles R. Norgle, |
| *Defendant-Appellee.* | *Judge.* |

**ORDER**

The order of this court issued on January 13, 2014, is amended as follows:

The following sentence should be added to the end of the order: "On remand the district court is free to consider any argument not explicitly decided here, including the issue of whether Johnson is able to perform her job with or without a reasonable accommodation."

The petition for panel rehearing is denied.